In Re:

JAFFA F. STEIN

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
2016 APR -6 P 2:21
JAMES J WALDRON
BY: ___
DEPUTY CLERK

Case No: 16-15422

Chapter: 7

Judge: JNP

Honorable Judge Poslusny

First, please allow me to apologize for having to handwrite this letter. Unfortunately, our computer as well as printer are non functional since last night.

I am writing to request the following relief:

1. Additional 30 days to file all outstanding forms and schedules.

2. Until April 15, 2016 to pay filing fee in full

3. An additional 45 days to provide valid I.D. My New Jersey license was lost. Since I am a naturalized citizen replacing license requires naturalization certificate. As a result of water damage my certificate was destroyed. It takes about 6 months to receive replacement which I have requested. Once INS receives request they issue a receipt notice. That notice takes about

Page 1 of 2

In Re:
Debtor: JAFFA F. STEIN                    Case NO: 16-15422
                                          Chapter 7
                                          Judge: JNP

approximately 30 days to recieve. Once I recieve that I can apply for provisional Passport.

Accordingly I am respectfully requesting that relief sought in this letter be granted.

Respectfully
Jaffa F. Stein

Page 2 of 2